AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DEVON BRYCE POLAND ) | Case No. 1:20MJ2120 |
| ) | |
| Defendant(s) | |

**FILED**
7:17 pm Jun 04 2020
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  MAY 30, 2020  in the county of  CUYAHOGA  in the  NORTHERN  District of  OHIO , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(2) | Transporting any firearm, or explosive or incendiary device, in furtherance of civil disorder |
| 18 U.S.C. § 844(h)(1) and (m) | Conspiracy to use fire or an explosive to commit any felony which may be prosecuted in a court of the United States |
| 18 U.S.C. § 2101(a)(2) and (4) | Organize, promote, encourage, participate in, or carry on a riot; and aiding or abetting any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

JENNIFER KIESEL, SPECIAL AGENT
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: **Jun 4, 2020**

*Judge's signature*

City and state:  CLEVELAND, OHIO    DAVID A. RUIZ, U.S. MAGISTRATE JUDGE
*Printed name and title*