**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:20-MJ-59 |
| v. | ) | |
| | ) | Richard A. Lanzillo |
| DEVON BRYCE POLAND | ) | United States Magistrate Judge |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:  6/10/2020**
**Time:  1:04 pm-3:53 pm**
**Type of Hearing: Identity/Preliminary and Detention Hearing**
**Reporter:  Janis Ferguson**
**Deputy Clerk/Law Clerk:  Debra Mayo**

| **Counsel for Plaintiff** | **Counsel for Defendant** |
|---|---|
| Duncan T. Brown, AUSA | Maria Goellner, AFPD |

**Orders, Remarks, Instructions**

As to Identity Hearing: Government proceeds by proffer and FBI Agent Jennifer Kiesel testifies to arrest and identity of defendant and submits to cross-examination.  Criminal Complaint admitted as Government's Exhibit A.  After proffer and testimony, Court rules that Government has met its identity burden.

Preliminary Exam:  Government incorporates prior proffer and Agent Keisel again testifies and submits to cross. Defense argues. After proffer and testimony, Court finds that probable cause exists as to offenses charged under 18 U.S.C. §231(a)(2) and 18 U.S.C. §844(h)(1) and (m) and defers decision on the offense charged under 18 U.S.C. §2101(a)(2) and (4) to consider whether the "overt act" element of the offense is supported by the proffered evidence.

Detention Hearing:  Government incorporates prior proffer and testimony from the Preliminary Examination hearing.   Defense proffers testimony of Brianna Grzelak, girlfriend of the Defendant, and Heather Gilbert, mother of defendant.  Defense requests admittance of 6 exhibits, Government objects.  Defense agrees to email all documents immediately.  Court allows admission of exhibits 1-6. Government states that their argument is basically set forth in their memorandum and objects to girlfriend as third party custodian.  Defense argues for release. Matter taken under advisement.

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

**FILED**

7:17 pm Jun 04 2020

Clerk U.S. District Court
Northern District of Ohio
Cleveland

United States of America
v.

DEVON BRYCE POLAND

)
)
)
)
)
)
)

Case No.     1:20MJ2120

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ MAY 30, 2020 _____ in the county of _____ CUYAHOGA _____ in the

___ NORTHERN ___ District of _____ OHIO _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(2) | Transporting any firearm, or explosive or incendiary device, in furtherance of civil disorder |
| 18 U.S.C. § 844(h)(1) and (m) | Conspiracy to use fire or an explosive to commit any felony which may be prosecuted in a court of the United States |
| 18 U.S.C. § 2101(a)(2) and (4) | Organize, promote, encourage, participate in, or carry on a riot; and aiding or abetting any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

JENNIFER KIESEL, SPECIAL AGENT
_Printed name and title_

Sworn to via telephone after submission by reliable electronic
means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: __Jun 4, 2020__

_Judge's signature_

City and state: _____ CLEVELAND, OHIO _____

DAVID A. RUIZ, U.S. MAGISTRATE JUDGE
_Printed name and title_



**AFFIDAVIT**                                      1:20MJ2120

I, JENNIFER KIESEL, Special Agent of the Federal Bureau of Investigation (FBI),
United States Department of Justice (DOJ), being duly sworn and deposed, state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      Your Affiant is a Special Agent with the Federal Bureau of Investigation, and as
such, is an investigative or law enforcement officer of the United States within the meaning of
Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure.  Your Affiant is filing this
Affidavit to obtain a Complaint and Arrest Warrant for DEVON BRYCE POLAND for
violations listed herein.  Your Affiant is engaged in the enforcement of criminal laws and is
within the category of officers authorized by the Attorney General to request and execute arrest
and search warrants pursuant to Title 18 U.S.C. § 3052 and 3107; and DOJ regulations set forth
at Title 28 C.F.R. § 0.85 and 60.2(a).

2.      I am a Special Agent with the Cleveland Division of the Federal Bureau of
Investigation, (hereinafter "FBI"), and have been since February 28, 2010. Your Affiant is
currently assigned to the Joint Terrorism Task Force at the FBI's Cleveland Field Office. Affiant
graduated from the FBI Academy in Quantico, Virginia in July, 2010. As a Special Agent, Affiant
is engaged in the enforcement of criminal laws and has participated in several complex
investigations. Your Affiant has requested and obtained numerous applications for arrest and
search warrants in furtherance of investigations into various types of Federal violations. Affiant has
received training and has experience in interviewing and interrogation techniques, arrest
procedures, search and seizure, search warrant applications and various other investigative

techniques. Writer has written and executed search warrants for approximately 50 electronic
devices, including Apple iPhones and other Apple devices.

3.     The facts in this Affidavit come from my personal observations, my training and
experience, and information obtained from other agents, officers, and witnesses. This
Affidavit is intended to show only that there is sufficient probable cause to arrest DEVON
BRYCE POLAND for the requested warrant and does not set forth all of my knowledge about
this matter. Actions, conversations, and statements are described in substance and in part,
except where otherwise indicated.

4.     Based on the facts set forth in this Affidavit, there is probable cause to believe
that DEVON BRYCE POLAND has committed violations of Title 18, United States Code,
Sections 231(a)(2); 844(h)(1) and (m) and 2101(a)(2) and (4), as set forth below:

>       a.     18 U.S.C. § 231(a)(2): Whoever transports or manufactures
>       for transportation in commerce any firearm, or explosive or
>       incendiary device, knowing or having reason to know or intending
>       that the same will be used unlawfully in furtherance of a civil
>       disorder;
>
>       b.     18 U.S.C. § 844(h)(1) and (m): Whoever conspires to use
>       fire or an explosive to commit any felony which may be
>       prosecuted in a court of the United States;
>
>       c.     18 U.S.C. § 2101(a): Whoever travels in interstate or
>       foreign commerce or uses any facility of interstate or foreign
>       commerce, including, but not limited to, the mail, telegraph,
>       telephone, radio, or television, with intent--
>
>>       (2) to organize, promote, encourage, participate in, or carry
>>       on a riot; or
>>
>>       (4) to aid or abet any person in inciting or participating in
>>       or carrying on a riot or committing any act of violence in
>>       furtherance of a riot;

2

> And who either during the course of any such travel or use
> or thereafter performs or attempts to perform any other
> overt act for any purpose specified in subparagraph (A),(B),
> (C), or (D) of this paragraph.

## JURISDICTION

5.     This Court has jurisdiction to issue the requested complaint and arrest warrant

because it is "a court of competent jurisdiction" as defined by 18 U.S.C. §§ 2711, 2703(a),

2703(b)(1)(A), and 2703 (c)(1)(A).  Specifically, the Court is "a district court of the United

States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.     Your Affiant states that on May 30, 2020, there was a protest march planned in

Cleveland, Ohio, in the Northern District of Ohio, starting at Willard Park, on the northwest

corner of Lakeside Avenue and East 9th Street, and ending at the Justice Center, located on

Lakeside Avenue between Ontario Avenue and West 3rd Street.  The march began at

approximately 2 p.m. and was scheduled to end at 5 p.m.

7.     Your Affiant is aware that this march was widely billed on social media and

other outlets as a peaceful protest.

8.     At approximately 3:30 p.m. protesters in front of the Justice Center began

throwing rocks, bottles, and other items at law enforcement officers.  Protesters also used spray

paint to vandalize buildings, streets, and other structures with anti-police and anti-government

slogans.

9.     At approximately 3:50 p.m. members of the Cuyahoga County Sherriff's began

using non-lethal techniques to disperse the crowds in front of the Justice Center.  The crowds

3

continued to throw items at the police and vandalize structures.  At least three Cleveland Police Department zone cars were set on fire by the crowd.

10.    From approximately 4 p.m. until 9:45 p.m. demonstrators continued to break windows of the Justice Center and surrounding buildings, knock over garbage cans and conduct other acts of vandalism. An additional four city-owned cars were set on fire during this time. The Cleveland Police Department and City of Cleveland issued orders for the demonstrators to disperse via megaphone, Twitter, social media, and contact with news outlets.

11.    At approximately 7:30 p.m. the Cleveland Police Department and City of Cleveland issued a curfew to begin at 8:00 p.m. until 12:00 p.m. on May 31, 2020.

12.    At approximately 7:30 p.m. the Cleveland Police Department and City of Cleveland issued an order establishing a civil order prohibiting any persons to be on the streets or in a vehicle in downtown Cleveland.

13.    The police report indicated the following: At approximately 11:55 p.m. on May 30, 2020, Det. Habeeb and Cmdr. Connelly entered the intersection of East 8th St. and Huron Ave. in downtown Cleveland, Ohio.  East 8th St. is an alley that runs in a one-way direction from south to north and ends at Huron Ave.  Det. Habeeb and Cmdr. Connelly took up a position on Huron facing east to observe and report on rioting and looting which was underway in the area. At approximately 11:55pm, Det. Habeeb and Cmdr. Connelly observed a dark SUV parked on East 8th Street midway up the alley facing south, which is opposite the posted direction of travel for the one-way road.  The vehicle had dark tinted window, which did not allow Det. Habeeb and Cmdr. Connelly to observe if there were any occupants.

4

14.    Det. Habeeb and Cmdr. Connelly observed a large framed white male wearing a commercial style filter mask walking out of the alley from near the SUV and north bound towards Det. Habeeb and Cmdr. Connelly's position onto Huron Road west bound. Det. Habeeb and Cmdr. Connelly observed the male walk in a circular route on the sidewalk and then back towards the alley. The male walked around Det. Habeeb and Cmdr. Connelly's vehicle and appeared to be observing Det. Habeeb and Cmdr. Connelly. The male was on the streets in public during civil unrest in violation of a mandatory curfew put into place by the public order of the Mayor of the City of Cleveland which went into effect at 8:00pm.

15.    Det. Habeeb and Cmdr. Connelly positioned their vehicle in the intersection of the alley facing south about 50 feet behind the SUV and activated the law enforcement light set to signal Det. Habeeb and Cmdr. Connelly were police officers. It was at this moment that the male Det. Habeeb and Cmdr. Connelly had been observing began to walk back towards the passenger side of Det. Habeeb and Cmdr. Connelly's vehicle on the south sidewalk towards the passenger door where Det. Habeeb was seated. Det. Habeeb exited the vehicle and stated, "Cleveland Police" at the same time the male said, "That's my vehicle" and gestured towards the alley. CPD Radio Dispatch had just come returned information indicating the registered owner of the dark SUV was BRANDON MICHAELALTHOF LONG.

16.    Det. Habeeb stated, "Are you Brandon?" to which he replied in the affirmative. ALTHOF LONG then stated unsolicited, "I'm looking for my wallet, I lost it over there somewhere", pointing towards the area of the 700 block of Huron. Based on the appearance and statements of ALTHOF LONG and Det. Habeeb and Cmdr. Connelly's observations of the

5

vehicle, Det. Habeeb and Cmdr. Connelly detained ALTHOF LONG for violation of the curfew order.

17.     Based on Det. Habeeb and Cmdr. Connelly's previous observations of groups of rioters and looters having entered the businesses at the intersection and carrying off looted property from several area liquor establishments, Det. Habeeb and Cmdr. Connelly believed that the vehicle was involved in criminal activity.

18.     Det. Habeeb and Cmdr. Connelly observed the vehicle with Pennsylvania tag KXJ-2536, and radioed in to give the plate and location, requesting a description of the vehicle owner to compare with the male Det. Habeeb and Cmdr. Connelly were observing. During this time Det. Habeeb and Cmdr. Connelly saw the rear lights of the vehicle flash on and then off again, indicating the SUV was occupied. Det. Habeeb and Cmdr. Connelly radioed they would be out to check the vehicle and requested additional law enforcement support.

19.     Det. Habeeb ordered ALTHOF LONG to stop and place his hands on the wall at the south west corner of Huron and E. 8th St. to which ALTHOF LONG complied. Det. Habeeb began a pat down of ALTHOF LONG's person for weapons and asked ALTHOF LONG directly, "Do you have any weapons on you?", to which ALTHOF LONG replied, "I don't think so." Det. Habeeb began the pat down and discovered no weapons. ALTHOF LONG was ordered to remain in position and not to move, to which ALTHOF LONG complied. Det. Habeeb informed ALTHOF LONG that he was in violation of the curfew order and subject to arrest. ALTHOF LONG stated he was just looking for his wallet and that he had lost it during the disruption on the street. Det. Habeeb asked him, "so you lost your wallet

6

while you were rioting?" to which ALTHOF LONG replied that he was just taking pictures and videos of the rioting and looting.

20.     Det. Habeeb asked if there were any other occupants in his SUV to which he stated that his friend "Devon", later identified as DEVON BRYCE POLAND, was in the passenger seat of the SUV. Det. Habeeb and Cmdr. Connelly radioed again for additional support from CPD.

21.     After several minutes, additional police units arrived to assist Det. Habeeb and Cmdr. Connelly. After their arrival, Det. Habeeb and Cmdr. Connelly, along with the additional supporting officers, advanced up the alley and took positions at the rear of the SUV and issued verbal orders to the occupant in the front passenger seat to exit facing away with his hands in the air, to which he complied. The male from the SUV was then identified as POLAND. Det. Habeeb conducted a pat down of the POLAND against the rear of the SUV and recovered a folding knife that had been clipped to the front pocket of POLAND's hooded sweatshirt. POLAND had no ID or wallet on his person. Det. Habeeb asked POLAND where his ID was and POLAND stated he didn't know.

22.     Det. Habeeb asked POLAND if there were any weapons in the vehicle to which POLAND stated there was a BB gun and a knife in the car. I asked why there was a BB gun to which he stated "Brandon uses it for real estate I think." Det. Habeeb ordered POLAND to walk up the alley and place his hands against the wall next to ALTHOF LONG. Both POLAND and ALTHOF LONG remained at the corner for the remainder of the interaction without incident.

7

23.    The vehicle was visually cleared from outside the vehicle with the doors open and found to have no additional passengers.  In plain sight in the front and rear passenger compartments were backpacks, a hammer, a bottle of Fireball cinnamon whiskey liquor with a pour top like those used in bars, a BB gun resembling a pistol, and a red plastic bottle of liquid fire starter.

24.    Your Affiant is aware that restaurants and bars were robbed during the riots and items stolen included bottles of alcohol.

25.    ALTHOF LONG and POLAND were advised of their rights under Miranda which they acknowledged.  ALTHOF LONG was asked about the bottle of liquor, which Det. Habeeb and Cmdr. Connelly suspected was looted property.  When asked where it was obtained, both POLAND and ALTHOF LONG stated they found it on the sidewalk but neither could give an exact location.  Both parties stated that it was found by POLAND.

26.    Det. Habeeb again asked ALTHOF LONG if there were any weapons in the SUV and he mentioned the BB gun and a knife.  Det. Habeeb then informed ALTHOF LONG that Det. Habeeb and Cmdr. Connelly would be recovering suspected contraband from his vehicle and again asked if there was any other weapons.  ALTHOF LONG stated that he had a Glock 45 cal. pistol in his center compartment, but that it wasn't loaded.  Det. Habeeb asked why ALTHOF LONG had a pistol to which he stated he had it for protection but never carried it during the riot.

27.    A search of the vehicle compartment resulted in the following items being observed and recovered:

8

a. One black backpack with brand Outdoor Products
b. One open bottle of Fireball brand cinnamon whiskey, topped with a commercial pourer
c. Two one-pound bottles of Sterno Firestarter Instant Flame gel
d. One black Herschel brand backpack, with brown leather bottom and white paint streaks along the zipper
e. Two Glock brand magazines, each loaded with 17 rounds of ammunition (34 rounds total)
f. Blister packs of decongestant and ibuprofen
g. One yellow Stanley brand hammer
h. One can of red Rust-oleum brand paint and primer spray paint
i. One Glock 45 pistol, serial number BMFE182
j. One black "Bulldog Cases" leather pistol holster
k. One pocket knife
l. $40 in cash, consisting of two $20 bills
m. One Apple iPhone, white and rose gold in color, stored in a blue and grey OtterBox case
n. One Apple iPhone model A1549, silver in color, IMEI: 355783074741598

28.     The following photographs are of the firearm, the firestarting gel and the

hammer:



9





29.     A federal search warrant was obtained on May 31 for the two Apple iPhones listed above.  Your Affiant states that on June 4, 2020, she reviewed Facebook Messenger posts between ALTHOF LONG and POLAND recovered from POLAND's cellular telephone. Your Affiant affirms that texts between the two on May 30, 2020, contain statements that demonstrate an intent by ALTHOF LONG and POLAND to travel from Pennsylvania to Ohio on May 30, 2020, to participate in, promote, encourage, and aid and abet the criminal riots.

30.     Specifically, your Affiant reviewed the following Facebook Messenger posts, all posts were sent and received on May 30, 2020:

10

a.  At approximately 5:17 p.m., ALTHOF LONG messaged POLAND asking, in sum and substance "Wanna go to Pittsburgh and watch the riots;"

b.  At approximately 5:19 p.m., POLAND replied, in sum and substance, "Is there actually riots? IK (I know) philly is wilding;"

c.  At approximately 5:20 p.m., ALTHOF LONG messaged POLAND, in sum and substance, "They lit it on fire lmao (laugh my a** off);"

d.  At approximately 5:24 p.m. POLAND responded, in sum and substance, "I wanna s**t kinda but my future wife needs me;"

e.  At approximately 5:25 p.m., ALTHOF LONG responded, in sum and substance, "This is a once in a life time thing you can witness and maybe participate in;"

f.  At approximately 5:25 p.m., ALTHOF LONG posted to POLAND, in sum and substance "Or tell her you gotta go overthrow the govt first;"

g.  At approximately 6:10 p.m. and 6:11 p.m., ALTHOF LONG wrote to POLAND, in sum and substance, "Unless things change. Cleveland seems like a better spot to riot watch.  Police shooting teargas and flash bangs, Pittsburgh hasn't had much of that;"

h.  At approximately 7:09 p.m. ALTHOF LONG messages POLAND about buying supplies for their travel to Clevleand, he asked if POLAND wanted goggles, POLAND replied "Yes," and also asked for "a bandana" and a "backpack;"

11

i.   At approximately 7:10 p.m. POLAND messaged ALTHOF LONG asking, in sum
     and substance, "Should we bring Molotov supplies?"

j.   At approximately 7:17 p.m. ALTHOF LONG responded, in sum and substance,
     "Sadly enough I think I have everything needed for a Molotov in my car.  Like
     normally;"

k.   At approximately 7:48 p.m. and 7:49 p.m. POLAND wrote ALTHOF LONG
     stating, in sum and substance, "Pittsburgh is s\*\*t down," and "The city is blocked
     shut bro;"

l.   At approximately 7:50 p.m. and 7:56 p.m. ALTHOF LONG responded, stating, in
     sum and substance, "Cleveland is more lit anyway," and "And if not Pittsburgh
     then we can hit Cleveland OH."

m.   At approximately 8:02 p.m. ALTHOF LONG messaged POLAND that he was
     leaving to pick him up and at approximately 8:04 p.m. POLAND responded by
     providing ALTHOF LONG the address in Erie, Pennsylvania where ALTHOF
     LONG should go.

31.  Your Affiant believes that these Facebook posts support the assertion that
ALTHOF LONG and POLAND traveled from out of state with the intent to participate,
encourage, or carry on in the ongoing riot in Cleveland, Ohio.  Based on the fact that they
discussed purchasing the ingredients for a Molotov cocktail, and recognized that ALTHOF
LONG, by his own admission, had such items already in his possession, your Affiant further
avers that there is probable cause they conspired with each other with the intent to use fire to

12

further their participation, encouragement, or carrying on of a riot.  Finally, your Affiant believes that based on the presence of a firearm, a hammer, stolen alcohol and other items in the possession of ALTHOF LONG and POLAND, the two subjects conspired together with the intent to engage in rioting and robbery in Cleveland, Ohio.

13

## CONCLUSION

32.    Based on the aforementioned factual information, Affiant respectfully submits that there is probable cause to support a complaint and arrest warrant charging DEVON BRYCE POLAND for engaging in, and conspiring to engage in, interstate travel with a firearm and with the intent to use fire to engage in, promote, aid or abet, encourage or participate in civil unrest and riot, pursuant to Title 18 U.S.C. § 231(a)(2), Use of Fire to Commit a Felony, pursuant to Title 18 U.S.C. § 844(h)(1) and (m), and Rioting, pursuant to Title 18 U.S.C. § 2101(a)(2) and (4).

Respectfully submitted,

Jennifer Kiesel
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1, on this 4th , day of June, 2020.

DAVID A. RUIZ
UNITED STATES MAGISTRATE JUDGE

14

**Received:**Jun 9, 2020 5:42 PM
**Expires:**Aug 8, 2020 5:42 PM
**From:**gustavo.gomez2@ahn.org
**To:**jill_wallace@fd.org
**Cc:**jasmine.deboe@ahn.org
**Subject:**Re: re: URGENT - Devon Poland records

This message was sent securely using Zix Corp.

Please find letter Below as we discussed this morning.

June 9, 2020
Erie, PA

To whom in May concern,

This letter is to verify that Mr. Devon Poland DOB 01/16/1998 has been an active patient of our office ( Digestive Diseases of NWPA) located at 145 W 23rd St #101, Erie, PA since March 2019.

Mr Poland Carries a history of severe fistulizing and penetrating Crohn's disease diagnosed in 2017 and complicated by perirectal abscesses and perianal fistulas for which he has been treated with surgical seton placements and infusions of IV Remicade every 8 weeks.

Mr. Poland follows up periodically with me in the office given above medical history.

This letter has been generated as a direct request from Jill Wallace (Public defender of Mr. Poland).

Please do not hesitate to contact me or my office if any further information is required for this case.

Sincerely,

Gustavo Gomez, MD
gastroenterologist.







DEFENDANT'S
EXHIBIT
2

 Centers for Disease
Control and Prevention

# Coronavirus Disease 2019

# If You Are Immunocompromised, Protect Yourself From COVID-19

Many conditions and treatments can weaken a person's immune system (making them "immunocompromised"). Some of these include:

- Cancer
- Bone marrow transplant
- Solid organ transplant
- Stem cells for cancer treatment
- Genetic immune deficiencies
- HIV
- Use of oral or intravenous corticosteroids or other medicines called immunosuppressants that lower the body's ability to fight some infections (e.g., mycophenolate, sirolimus, cyclosporine, tacrolimus, etanercept, rituximab)

## Risk of Severe Illness from COVID-19

People with weakened immune systems are at higher risk of getting severely sick from SARS-CoV-2, the virus that causes COVID-19. They may also remain infectious for a longer period of time than others with COVID-19, but we cannot confirm this until we learn more about this new virus.

## Prevent COVID-19

If you are immunocompromised, the best way to prevent COVID-19 is to avoid being exposed to this virus. For details, see CDC's advice for what you can do to prepare for COVID-19 and how to protect yourself and others.

- Wash your hands often with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing, or sneezing.
  - If soap and water are not readily available, use a hand sanitizer that contains at least 60% alcohol. Cover all surfaces of your hands and rub them together until they feel dry.
- Avoid leaving home as much as possible and practice social distancing.
  - If you must leave home, avoid other people as much as possible by practicing social distancing. Maintain a distance of at least 6 feet (2 meters) between you and people outside your household.
  - Avoid large gatherings or places where people congregate.
  - Have supplies, food, and medicine delivered to your home.
- Cover your mouth and nose with a cloth face covering when around others to protect other people in case you are infected, and ask others to do the same.
  - Remember, do NOT place cloth face coverings on children younger than 2 years old, anyone who has trouble breathing, or anyone who is unconscious, incapacitated or otherwise unable to remove the cover without assistance.
- Clean AND disinfect frequently touched surfaces. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.

## Steps You Can Take to Protect Your Health

- Continue your regular treatment plan. Don't stop any medications or treatments without talking to your doctor.
  - Discuss any concerns about your treatment with your doctor.
  - Keep your regularly scheduled medical appointments.

 DEFENDANT'S EXHIBIT 3

If You Are Immunocompromised, Protect Yourself From COVID-19 | CDC

- ■ Talk to your doctor about steps they are taking to reduce risk of exposure to COVID-19 in the office.
- ■ Use telehealth services whenever possible if recommended by your doctor.
  - ○ Ensure that you are getting necessary tests prescribed by your doctor.
  - ○ Seek urgent medical care if you are feeling unwell.
- Talk to your doctor, insurer, and pharmacist about getting an emergency supply of prescription medications. Make sure you have at least 30 days of prescription medications, over-the-counter medicines, and supplies on hand in case you need or want to stay home for several weeks. Talk to your doctor or pharmacist about ways to receive your medications by mail.
- Take steps to care for your emotional health. Fear and anxiety about COVID-19 can be overwhelming and cause strong emotions. It is natural to feel concerned or stressed about COVID-19. Learn more about stress and coping with anxiety here. **Call your healthcare provider if stress gets in the way** of your daily activities for several days in a row.
- If you are feeling overwhelmed with emotions like sadness, depression, or anxiety, or feel like you want to harm yourself or others:
  - ○ Call 911 if you feel like you want to harm yourself or others
  - ○ Visit the Disaster Distress Helpline ⤴ , call 1-800-985-5990, or text TalkWithUs to 66746
  - ○ Visit the National Domestic Violence Hotline ⤴ or call 1-800-799-7233 and TTY 1-800-787-3224
  - ○ Visit the National Suicide Prevention Lifeline ⤴ or call 1-800-273-8255 and TTY or text 1-800-799-4889

## Treatment of COVID-19

- At this time, there is no Food and Drug Administration (FDA)-approved treatment for COVID-19. There is no vaccine to prevent COVID-19. Treatment is currently aimed at relieving symptoms, and for hospitalized patients, supporting vital organ function during severe illness.

# Additional Information for Specific Conditions & Risk Factors

## If you have cancer or have survived cancer

If you have cancer now or had cancer in the past, you might need to take special steps to protect your health:

- Chemotherapy is an important tool to treat cancer. Although some types of chemotherapy can weaken the immune system, cancer patients and survivors should continue to take their chemotherapy as directed by their doctor.
- Do not change your cancer treatment plan without discussing it with your doctor.
- Watch out for fever. Take your temperature any time you feel warm, flushed, chilled, very fatigued, or not well. **Call your doctor right away if you have a temperature of 100.4°F (38°C) or higher.**
  - ○ Know the signs and symptoms of infection. Infection during the course of cancer treatment can be very serious. Call your doctor right away if you notice any of the signs and symptoms of an infection.
- Find out from your doctor when your white blood cell count is likely to the be the lowest, since this is when you're most at risk for infection.
  - ○ If you have to go to the emergency room, tell the person checking you in that you are a cancer patient undergoing chemotherapy. Fever during chemotherapy treatment is a medical emergency and you should be seen quickly.
- Discuss any concerns about your chemotherapy or other cancer treatments with your oncologist and primary healthcare provider.
- Learn more about Types of Cancer, Risk Factors and Screening for Cancer and Preventing Infections while undergoing treatment for cancer.

## If you have had a bone marrow transplant, solid organ transplant, or stem cells for cancer treatment

If you take medications that weaken your immune system, called immunosuppressant medications:

- Do not change or stop taking medicines without talking to your doctor. Stopping or changing medicine can cause serious health problems.

## If you were born with immune deficiencies

Some people are born with or develop immune deficiencies due to genetics. Examples include common variable immune deficiency, selective IgA deficiency, severe combined immunodeficiency, chronic granulomatous disease, and complement deficiencies.

- If you take medicines to help boost your immune system, do not change or stop them without talking to your doctor.

## If you have HIV

The risk of serious illness from COVID-19 for people with HIV is not yet known. If you have HIV and a low CD4 cell count or are not on HIV treatment, you might be at higher risk for severe illness from COVID-19.

- Do not change or stop taking medicines without talking to your doctor. Stopping or changing medicine can cause serious health problems.
- For more details, see CDC's Information about COVID for people with HIV.

## If you are using oral or intravenous corticosteroids or other medicines that lower your immune system's response

Some medical conditions are treated with medications that can weaken the immune system; these medicines are called immunosuppressants. Common medical conditions that are sometimes treated with immunosuppressants include rheumatoid arthritis, lupus, and inflammatory bowel disease.

- Do not change or stop taking medicines without talking to your doctor. Stopping or changing medicine can cause serious health problems.

Page last reviewed: May 14, 2020

COVID-19 updates

See how we're providing safe in-person care and virtual visits

Review the latest COVID-19 resources and research advancements



MENU

Log in to Patient Account

Request an Appointment          English
Find a Doctor
Find a Job
Give Now

Patient Care & Health Information    Diseases & Conditions

# Crohn's disease

Request an
Appointment

Symptoms & causes     Diagnosis & treatment     Doctors & departments

Care at Mayo Clinic

# Overview



Print

Advertisement

Mayo Clinic does not endorse companies or
products. Advertising revenue supports our n
for-profit mission.

**Advertising & Sponsorship**
Policy │ Opportunities │ Ad Choices

Crohn's disease is an inflammatory
bowel disease (IBD). It causes
inflammation of your digestive tract,
which can lead to abdominal pain,
severe diarrhea, fatigue, weight loss
and malnutrition. Inflammation caused
by Crohn's disease can involve
different areas of the digestive tract in
different people.



**Colon and rectum**

## Gastroenterolo
## & GI Surgery
## Blog



**Mayo Clinic Marketplace**

Check out these best-sellers and special
offers on books and newsletters from May
Clinic.

FREE book offer – Mayo Clinic Health Let

Live stronger and healthier at any age

The latest digestive health guidance

NEW – Guide to Your Baby's First Years

The inflammation caused by Crohn's
disease often spreads deep into the
layers of affected bowel tissue.

Crohn's disease can be both painful and debilitating, and sometimes may lead to life-threatening complications.

advances in treating Crohn's disease and ulcerative colitis on Mayo Clinic Connect.

The Mayo Clinic Diet Online

While there's no known cure for Crohn's disease, therapies can greatly reduce its signs and symptoms and even bring about long-term remission. With treatment, many people with Crohn's disease are able to function well.

Crohn's disease care at Mayo Clinic

**Products & Services**

Book: Mayo Clinic on Digestive Health

# Symptoms

In some people with Crohn's disease, only the last segment of the small intestine (ileum) is affected. In others, the disease is confined to the colon (part of the large intestine). The most common areas affected by Crohn's disease are the last part of the small intestine and the colon.



**Digestive system**

Signs and symptoms of Crohn's disease can range from mild to severe. They usually develop gradually, but sometimes will come on suddenly, without warning. You may also have periods of time when you have no signs or symptoms (remission).

When the disease is active, signs and symptoms may include:

- Diarrhea

- Fever

- Fatigue

- Abdominal pain and cramping

- Blood in your stool

- Mouth sores

- Reduced appetite and weight loss

- Pain or drainage near or around the anus due to
  inflammation from a tunnel into the skin (fistula)

**Other signs and symptoms**

People with severe Crohn's disease also may experience:

- Inflammation of skin, eyes and joints

- Inflammation of the liver or bile ducts

- Delayed growth or sexual development, in children

**When to see a doctor**

See your doctor if you have persistent changes in your bowel
habits or if you have any of the signs and symptoms of
Crohn's disease, such as:

- Abdominal pain

- Blood in your stool

- Ongoing bouts of diarrhea that don't respond to over-the-
  counter (OTC) medications

- Unexplained fever lasting more than a day or two

- Unexplained weight loss

**More Information**

Crohn's disease care at Mayo Clinic

Crohn's disease symptom: Is fatigue common?

**Request an Appointment at Mayo Clinic**

# Causes

The exact cause of Crohn's disease remains unknown. Previously, diet and stress were suspected, but now doctors know that these factors may aggravate but don't cause Crohn's disease. A number of factors, such as heredity and a malfunctioning immune system, likely play a role in its development.

- **Immune system.** It's possible that a virus or bacterium may trigger Crohn's disease. When your immune system tries to fight off the invading microorganism, an abnormal immune response causes the immune system to attack the cells in the digestive tract, too.

- **Heredity.** Crohn's is more common in people who have family members with the disease, so genes may play a role in making people more susceptible. However, most people with Crohn's disease don't have a family history of the disease.

# Risk factors

Risk factors for Crohn's disease may include:

- **Age.** Crohn's disease can occur at any age, but you're likely to develop the condition when you're young. Most people who develop Crohn's disease are diagnosed before they're around 30 years old.

- **Ethnicity.** Although Crohn's disease can affect any ethnic group, whites have the highest risk, including people of Eastern European (Ashkenazi) Jewish descent. However, the incidence of Crohn's disease is increasing among blacks who live in North America and the United Kingdom.

- **Family history.** You're at higher risk if you have a close relative, such as a parent, sibling or child, with the disease. As many as 1 in 5 people with Crohn's disease has a family member with the disease.

- **Cigarette smoking.** Cigarette smoking is the most important controllable risk factor for developing Crohn's disease. Smoking also leads to more-severe disease and a greater risk of having surgery. If you smoke, it's important to stop.

- **Nonsteroidal anti-inflammatory medications.** These include ibuprofen (Advil, Motrin IB, others), naproxen sodium (Aleve), diclofenac sodium (Voltaren) and others. While they do not cause Crohn's disease, they can lead to inflammation of the bowel that makes Crohn's disease worse.

- **Where you live.** If you live in an urban area or in an industrialized country, you're more likely to develop Crohn's disease. This suggests that environmental factors, including a diet high in fat or refined foods, may play a role in Crohn's disease.

# Complications

Crohn's disease may lead to one or more of the following complications:

- **Bowel obstruction.** Crohn's disease affects the thickness of the intestinal wall. Over time, parts of the bowel can scar and narrow, which may block the flow of digestive contents. You may require surgery to remove the diseased portion of your bowel.

- **Ulcers.** Chronic inflammation can lead to open sores (ulcers) anywhere in your digestive tract, including your mouth and anus, and in the genital area (perineum).

- **Fistulas.** Sometimes ulcers can extend completely through the intestinal wall, creating a fistula — an abnormal connection between different body parts. Fistulas can develop between your intestine and skin, or between your intestine and another organ. Fistulas near or around the anal area (perianal) are the most common kind.

  When fistulas develop in the abdomen, food may bypass areas of the bowel that are necessary for absorption. Fistulas may occur between loops of bowel, into the bladder or vagina, or out through the skin, causing continuous drainage of bowel contents to your skin.

  In some cases, a fistula may become infected and form an abscess, which can be life-threatening if not treated.

- **Anal fissure.** This is a small tear in the tissue that lines the anus or in the skin around the anus where infections can occur. It's often associated with painful bowel movements and may lead to a perianal fistula.

- **Malnutrition.** Diarrhea, abdominal pain and cramping may make it difficult for you to eat or for your intestine to absorb enough nutrients to keep you nourished. It's also common to develop anemia due to low iron or vitamin B-12 caused by the disease.

- **Colon cancer.** Having Crohn's disease that affects your colon increases your risk of colon cancer. General colon cancer screening guidelines for people without Crohn's disease call for a colonoscopy every 10 years beginning at age 50. Ask your doctor whether you need to have this test done sooner and more frequently.

- **Other health problems.** Crohn's disease can cause problems in other parts of the body. Among these

problems are anemia, skin disorders, osteoporosis, arthritis, and gallbladder or liver disease.

- **Medication risks.** Certain Crohn's disease drugs that act by blocking functions of the immune system are associated with a small risk of developing cancers such as lymphoma and skin cancers. They also increase risk of infection.

  Corticosteroids can be associated with a risk of osteoporosis, bone fractures, cataracts, glaucoma, diabetes and high blood pressure, among others. Work with your doctor to determine risks and benefits of medications.

By Mayo Clinic Staff

Crohn's disease care at Mayo Clinic

## **Request an Appointment at Mayo Clinic**

Diagnosis &
treatment

Share on:    Facebook      Twitter      Print    Dec. 24, 2019

Show references ∨

# Related

Crohn's Crisis

Crohn's disease symptom: Is fatigue common?

Crohn's or Colitis

Show more related content

**Associated Procedures**

Acupuncture

Barium enema

Capsule endoscopy

Show more associated procedures

**News from Mayo Clinic**

Mayo Clinic, W. L. Gore & Associates announce Avobis Bio,
a joint venture for new regenerative therapies
Dec. 10, 2019, 04:30 p.m. CDT

Crohn's disease is an inflammatory bowel disease
Sept. 27, 2018, 09:35 p.m. CDT

**Products & Services**

Book: Mayo Clinic on Digestive Health

# Crohn's disease

## Symptoms & causes

## Diagnosis & treatment

## Doctors & departments

## Care at Mayo Clinic

Patient Care & Health Information    Diseases & Conditions    Crohn's disease

CON-20312395



MAYO
CLINIC

| Request Appointment | Contact Us
| About Mayo Clinic | Employees
| Find a Job | Site Map | About This Site

Mayo Clinic is a not-
for-profit
organization. Make
a donation.

Any use of this site constitutes your agreement to the Terms and Conditions and Privacy Policy linked below.

Terms and Conditions

**Privacy Policy**

**Notice of Privacy Practices**

Notice of Nondiscrimination

Manage Cookies

A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.org," "Mayo Clinic Healthy Living," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.



This site complies with the HONcode standard for trustworthy health information:
verify here.

© 1998-2020 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved.

 **Drugs.com**
Know more. Be sure.

# Remicade

**Generic Name:** infliximab (in FLIX ih mab)
**Brand Names:** *Inflectra, Remicade, Renflexis*

Medically reviewed by **Sanjai Sinha, MD** Last updated on Aug 1, 2019.

## What is Remicade?

Remicade **(infliximab)** reduces the effects of a substance in the body that can cause inflammation.

Remicade is used to treat **rheumatoid arthritis**, **psoriatic arthritis**, **ankylosing spondylitis** and severe or disabling plaque psoriasis in adults.

Remicade is also used to treat **ulcerative colitis** and **Crohn's disease** in adults and children at least 6 years old.

Infliximab is often used when other medicines have not been effective.

## Important Information

You should not use Remicade if you are allergic to infliximab, or if you are also being treated with anakinra (Kineret) or abatacept (Orencia).

**Using Remicade may increase your risk of developing certain types of cancer, including a rare fast-growing type of lymphoma that can be fatal.** Ask your doctor about your specific risk.

Remicade affects your immune system. **You may get infections more easily, even serious or fatal infections.** Before you start using Remicade, your doctor may perform tests to make sure you do not have certain infections. Call your doctor if you have a **fever**, tiredness, flu symptoms, cough, or skin pain.

## Before taking this medicine

Tell your doctor if you have ever had **tuberculosis**, or anyone in your household has tuberculosis. Also tell your doctor if you have recently traveled. Tuberculosis and some fungal infections are more common in certain parts of the world, and you may have been exposed during travel.

To make sure Remicade is safe for you, tell your doctor if you have ever had:

- heart failure or other heart problems;
- an active infection (fever, cough, flu symptoms, open sores or skin wounds);
- diabetes;
- liver failure, hepatitis B, or other liver problems;
- chronic obstructive pulmonary disease (COPD);



DEFENDANT'S EXHIBIT 5

- heart problems;

- cancer;

- a weak immune system;

- seizures;

- numbness or tingling anywhere in your body;

- a nerve-muscle disorder, such as multiple sclerosis or Guillain-Barré syndrome;

- phototherapy for psoriasis;

- vaccination with BCG (Bacille Calmette-Guérin); or

- if you are scheduled to receive any vaccines.

Make sure your child is current on all vaccines before he or she starts treatment with Remicade.

**Remicade may cause a rare type of lymphoma (cancer) of the liver, spleen, and bone marrow that can be fatal.** This has occurred mainly in teenagers and young men with Crohn's disease or ulcerative **colitis**. However, anyone with an inflammatory autoimmune disorder may have a higher risk of **lymphoma**. Talk with your doctor about your own risk.

Remicade may cause other types of cancer, such as **skin cancer** or cancer of the cervix. Ask your doctor about this risk.

**If you use infliximab while you are pregnant, make sure any doctor caring for your new baby knows that you used the medicine during pregnancy.** Being exposed to infliximab in the womb could affect your baby's vaccination schedule during the first 6 months of life.

You should not breast-feed while you are receiving infliximab.

Remicade is not for use in children younger than 6 years old.

## How is Remicade given?

Before you start treatment with Remicade, your doctor may perform tests to make sure you do not have tuberculosis or other infections.

Remicade is given as an infusion into a vein. A healthcare provider will give you this injection.

This medicine must be given slowly, and the infusion can take about 2 hours to complete.

You may be watched closely after receiving infliximab, to make sure the medicine has not caused any serious side effects.

Infliximab affects your immune system. You may get infections more easily, even serious or fatal infections. Your doctor will need to examine you on a regular basis, and you may need frequent TB tests.

Serious infections may be more likely in older adults.

If you need **surgery**, tell the surgeon ahead of time that you are using Remicade.

If you've ever had hepatitis B, using infliximab can cause this virus to become active or get worse. You may need frequent **liver function tests** while using this medicine and for several months after you stop.

**See also:**

**Remicade dosage information** (in more detail)

## What happens if I miss a dose?

Call your doctor for instructions if you miss an appointment for your Remicade injection.

## What happens if I overdose?

Seek emergency medical attention or call the Poison Help line at 1-800-222-1222.

## What should I avoid while receiving Remicade?

Avoid activities that may increase your risk of bleeding injury.

Do not receive a "live" vaccine while using infliximab, or you could develop a serious infection. Live vaccines include **measles**, mumps, **rubella** (MMR), polio, rotavirus, typhoid, yellow fever, varicella (**chickenpox**), and zoster (**shingles**).

## Remicade side effects

Some side effects may occur during the injection. Tell your caregiver if you feel dizzy, nauseated, light-headed, itchy or tingly, short of breath, or have a **headache**, fever, chills, muscle or **joint pain**, pain or tightness in your throat, chest pain, or trouble swallowing during the injection. Infusion reactions may also occur within 1 or 2 hours after injection.

Get emergency medical help if you have **signs of an allergic reaction to Remicade**: **hives**; chest pain, difficult breathing; fever, chills, severe **dizziness**; swelling of your face, lips, tongue, or throat.

**Serious and sometimes fatal infections may occur during treatment with Remicade.** Call your doctor right away if you have signs of infection such as: fever, extreme tiredness, flu symptoms, cough, or skin symptoms (pain, warmth, or redness).

Also call your doctor if you have:

- skin changes, new growths on the skin;
- pale skin, easy bruising or bleeding;
- **delayed allergic reaction (up to 12 days after receiving Remicade)** - fever, **sore throat**, trouble swallowing, headache, joint or **muscle pain**, **skin rash**, or swelling in your face or hands;
- **liver problems** - stomach pain (upper right side), tiredness, dark urine, **jaundice** (yellowing of the skin or eyes);
- **lupus-like syndrome** - joint pain or swelling, chest discomfort, feeling short of breath, skin rash on your cheeks or arms (worsens in sunlight);

- **nerve problems** - numbness or tingling, problems with vision, or weak feeling in your arms or legs, seizure;

- **new or worsening psoriasis** - skin redness or scaly patches, raised bumps filled with pus;

- **signs of heart failure** - shortness of breath with swelling of your ankles or feet, rapid **weight gain**;

- **signs of lymphoma** - fever, **night sweats**, **weight loss**, stomach pain or swelling, chest pain, cough, trouble breathing, swollen glands (in your neck, armpits, or groin); or

- **signs of tuberculosis** - fever, cough, night sweats, loss of appetite, weight loss, feeling constantly tired.

Common Remicade side effects may include:

- stuffy nose, sinus pain;

- fever, chills, sore throat;

- cough, chest pain, shortness of breath;

- headache, feeling light-headed;

- rash, itching; or

- stomach pain.

This is not a complete list of side effects and others may occur. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**See also:**
**Remicade side effects** (in more detail)

# What other drugs will affect Remicade?

Tell your doctor about all your other medicines, especially:

- **abatacept**;

- **anakinra**;

- **tocilizumab**;

- **any "biologic" medications to treat your condition** - **adalimumab**, **certolizumab**, **etanercept**, **golimumab**, **natalizumab**, **rituximab**, and others; or

- any other medicines to treat Crohn's disease, ulcerative colitis, rheumatoid arthritis, ankylosing **spondylitis**, psoriatic arthritis, or psoriasis.

This list is not complete. Other drugs may interact with infliximab, including prescription and over-the-counter medicines, **vitamins**, and **herbal products**. Not all possible drug interactions are listed here.

**See also:**
**Remicade drug interactions** (in more detail)

# Further information

Remember, keep this and all other medicines out of the reach of children, never share your medicines with others, and use Remicade only for the indication prescribed.

Always consult your healthcare provider to ensure the information displayed on this page applies to your personal circumstances.

Copyright 1996-2020 Cerner Multum, Inc. Version: 19.01.

## Related questions

- What is the difference between Inflectra and Remicade?
- What is the difference between Renflexis and Remicade?
- What is the difference between Ixifi and Remicade?
- How many biosimilars have been approved in the United States?
- What are the new drugs for the treatment of plaque psoriasis?
- What are the new drugs for the treatment of rheumatoid arthritis (RA)?



| Kenneth J. Broadbent, Business Manager | James A. Harding, Business Agent | William T. Panitzke, Business Agent |
| Joseph M. Little, Secretary - Treasurer | James C. Kirsch, Business Agent | James E. Reynolds, Business Agent |
| William A. Yocum, President | Robert G. Lorenzi, Jr., Business Agent | Mark S. Rovnan, Business Agent |

June 10, 2020

To Whom It May Concern:

RE: Devon B. Poland Card #2721550

In reference to your request, Mr. Devon B. Poland Card #2721550
initiated as a member of Steamfitters Local Union #449 on March 13, 2020
and he is a member in good standing.

The Steamfitters Local Union #449 dispatches their members thru the Union
Hall to contractors. Mr. Poland has worked with numerous contractors
steadily since November 2018. Prior to his initiation, he was working as a
permit worker. Enclosed is his work history.

If you have any further questions, please contact me at 412.381.1133.

Sincerely,

Joseph M. Little
Secretary-Treasurer

JML/nmf
Opeiu#457
alf-cio



